IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In The Matter of the Search of<br><br>INFORMATION ASSOCIATED WITH THE CELLULAR DEVICE ASSIGNED CALL NUMBER 617-352-9469 THAT IS STORED AT PREMISES CONTROLLED BY VERIZON WIRELESS<br><br>In the Matter of the Search of<br><br>INFORMATION ASSOCIATED WITH THE MOBILE PHONE ASSIGNED CALL NUMBER 617-352-9469 | Nos. 21-MJ-6784-MPK,<br>22-MJ-6025-MPK |

## MOTION TO UNSEAL

The United States of America respectfully moves this Court to unseal the search warrant applications, supporting affidavits, search warrants, and all related paperwork regarding Nos. 21-MJ-6784-MPK and 22-MJ-6025-MPK.  In support thereof, the government states that unsealing these materials is necessary in order to provide discovery in *United States v. John Schurko,* Criminal No. 22-10051-RWZ.

                                                Respectfully submitted,

                                                RACHAEL S. ROLLINS
                                                United States Attorney

                                      By:  /s/ Robert E. Richardson
                                             ROBERT E. RICHARDSON
                                             Assistant U.S. Attorney

                                             Date: 04/25/2022